ARTHUR BLAKE, Appellant, v STATE OF NEW YORK, Respondent.

Submitted September 22, 2014; decided November 20, 2014

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied reargument of a prior motion, dismissed upon the ground that such part of the Appel-

late Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.